UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>STEVEN ERIC STRAUSS,<br><br>               Defendant. | Case No. 22-140 MAT<br><br>DETENTION ORDER |

Mr. Strauss is charged with unlawful possession of a firearm, 18 U.S.C. § 922(g)(1), possession of a controlled substance with intent to distribute, 21 U.S.C. § 841(a)(1), and possession of a firearm in furtherance of a drug trafficking crime, 18 U.S.C. § 924(c)(1)(A)(i)(b)(4). The Court held a detention hearing on April 15, 2022, pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention stated on the record and as hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Mr. Strauss stipulated to detention.

2. Mr. Strauss was not interviewed so there is little information about his background, education, work history, residence, or community ties.

3. Mr. Strauss poses a risk of nonappearance due to criminal activity and at least five

DETENTION ORDER - 1

alternate names, five dates of birth and three social security numbers.

4. Mr. Strauss poses a risk of danger due to the nature of the instant offense; a pattern of similar behavior; a history of violence and weapon use; and criminal.

5. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Strauss' appearance at future court hearings while addressing the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Mr. Strauss shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Strauss shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Strauss is confined shall deliver him to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Strauss, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this 15th day of April, 2022.

 

_____
MICHELLE L. PETERSON
United States Magistrate Judge