THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> STEVEN E. STRAUSS, <br><br> Defendant. | No. CR22-065-JLR <br><br> ~~(PROPOSED)~~ ORDER TO SEAL EXHIBIT |

THIS MATTER has come before the undersigned on the motion of Steven Strauss to seal BOP medical records, which are submitted as an exhibit to his Sentencing Memorandum. The Court has considered the motion and records in this case and finds there are compelling reasons to file the exhibit under seal.

IT IS ORDERED that Mr. Strauss's BOP medical records be filed under seal.

DATED this 2nd day of May 2023.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Sara Brin
Assistant Federal Public Defender
Attorney for Steven Strauss

ORDER TO SEAL EXHIBIT
(*United States v. Strauss*, CR22-065-JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100