Gene D. Vorobyov
Attorney at Law
2309 Noriega Street, # 46
San Francisco, CA 94122

Attorney for Defendant
STEVEN ERIC STRAUSS

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:22-cr-00065-JLR-1 |
| Plaintiff, | [proposed] **Order Granting Defendant's Stipulated Motion to Permit Submissions Under Seal Defendant's Medical Records re: Motion to Vacate or Reduce Sentence under 18 U.S.C. § 3582(c)** |
| vs | |
| STEVEN ERIC STRAUSS, | |
| Defendant. | Note on Motion Calendar: |
| | May 27, 2025 |

///

///

///

///

///

///

- 1 -

The Court has considered the authority and argument presented in the defendant's unopposed motion to submit medical records under seal (Cr. Doc No. 62). The Court finds good cause to seal the documents and GRANTS the motion. The moving party shall submit the documents to be sealed

_____.

IT IS SO ORDERED

Dated this 13th day of May, 2025

_____
James L. Robart
U.S. DISTRICT JUDGE